**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 2009-cv-01179

BERKSHIRE PROPERTY ADVISORS, LLC,

    Plaintiff,

v.

GRIFFIS PREMIUM APARTMENT FUND, LLC,
GRIFFIS GROUP OF COMPANIES, LLC,

    Defendants.

**DEFENDANT GRIFFIS PREMIUM APARTMENT FUND, LLC AND**
**DEFENDANT GRIFFIS GROUP OF COMPANIES, LLC'S**
**RULE 7.1(A) DISCLOSURE STATEMENT**

COMES NOW Defendants Griffis Premium Apartment Fund, LLC and Defendant Griffis Group of Companies, LLC, through their counsel of record, Brownstein Hyatt Farber Schreck, LLP, and, pursuant to Fed. R. Civ. P. 7.1(a), discloses that Griffis Premium Apartment Fund LLC's managing member is Premium Apartment Fund Management, LLC. Premium Apartment Fund Management, LLC's administrative member is Griffis Group of Companies, LLC. Griffis Group of Companies, LLC's managers are Ian Griffis and David Birnbaum. No publicly traded company owns more than 10% of Defendant Griffis Premium Apartment Fund, LLC or Defendant Griffis Group of Companies, LLC.

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP


By  /s/ Zhonette M. Brown
    Benjamin A. Kahn, #29073
    Zhonette M. Brown, #40011
    Brownstein Hyatt & Farber, P.C.
    410 Seventeenth Street, Suite 2200
    Denver, CO  80202-4437
    Phone: 303.223.1100
    E-mails: bkahn@bhfs.com; zbrown@bhfs.com

*Attorneys for Defendant Griffis Premium Apartment Fund, LLC and Defendant Griffis Group of Companies, LLC.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 18th day of June, 2009, a true and correct copy of the foregoing **DEFENDANT GRIFFIS PREMIUM APARTMENT FUND, LLC AND DEFENDANT GRIFFIS GROUP OF COMPANIES, LLC's RULE 7.1(A) DISCLOSURE STATEMENT** was filed electronically pursuant to CM/ECF procedures for the District of Colorado, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Matthew R. Groves, Esq.
    Edward J. Hafer, Esq.
    Bruce A. Montoya, Esq.
    MESSNER AND REEVES, LLC
    1430 Wynkoop Street, Suite 400
    Denver, CO  80202


                                              /s/
                                              Zhonette M. Brown

12762\7\1281387.2